**PUBLISHED**

Filed June 1, 2004

# UNITED STATES COURT OF APPEALS

## FOR THE FOURTH CIRCUIT

CHARLESTON AREA MEDICAL CENTER,
INCORPORATED,
                    *Plaintiff-Appellee,*

          and

ST. PAUL FIRE & MARINE
INSURANCE COMPANY,
                    *Intervenor/Plaintiff,*

          v.

PARKE-DAVIS, a division of Warner
Lambert; PFIZER, INCORPORATED, its
successor by merger,
                    *Defendants-Appellants,*

          and

DANNY A. RADER, MD; TERRI MILES,
RN; JOHN/JANE DOE, MD; JANE DOE,
R.N.; JOHN/JANE DOE, Pharmacist;
JOHN/JANE DOE, Pharmacy
Technician; JOHN DOE,
Agency/Corporation,
                    *Third Party Defendants.*

No. 02-2264
CA-00-132-5

CHARLESTON AREA MEDICAL CENTER,
INCORPORATED,
*Plaintiff-Appellant,*

and

ST. PAUL FIRE & MARINE
INSURANCE COMPANY,
*Intervenor/Plaintiff,*

v.

PARKE-DAVIS, a division of Warner
Lambert; PFIZER, INCORPORATED, its
successor by merger,
*Defendants-Appellees,*

DANNY A. RADER, MD; TERRI MILES,
RN; JOHN/JANE DOE, MD; JANE DOE,
R.N.; JOHN/JANE DOE, Pharmacist;
JOHN/JANE DOE, Pharmacy
Technician; JOHN DOE,
Agency/Corporation,
*Third Party Defendants.*

No. 02-2303
CA-00-132-5

## ORDER

Counsel has filed a motion to seal appellants' reply to the motion to amend/withdraw order of certification.

The Court seals the reply. Only the Court and counsel of record will be permitted access to this material.

Entered at the direction of Judge Widener, with the concurrence of Judge Wilkinson and Judge Niemeyer.

For the Court,

/s/ Patricia S. Connor
CLERK